LAW LIBRARY

NO. 28641

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

CIV. NO. 02-1-0691
KRISTIE TOKUHISA, Court-Appointed Class Representative,
individually and on behalf of all others similarly situated,
Petitioner/Plaintiff-Appellant,

and

CYNTHIA ALTMAN and KELLY MULLER, individually and on behalf
of all others similarly situated, Plaintiffs,

vs.

CUTTER MANAGEMENT CO.; CUTTER MOTOR CARS, INC.; CUTTER
DODGE, CHRYSLER, PLYMOUTH, JEEP OF PEARL CITY, INC. dba
CUTTER DODGE CHRYSLER PLYMOUTH JEEP OF PEARL CITY,
Respondents/Defendants/Third-Party Plaintiffs/
Counterclaim Defendants-Appellees,

and

RED SWAN INCORPORATED, Respondent/Defendant-Appellee,

vs.

SAFE-GUARD PRODUCTS INTERNATIONAL, INC.
Respondent/Third-Party Defendant/Counterclaim
Plaintiff-Appellee.

------------------------------------------------------------

CIV. NO. 02-1-2915
KRISTIE TOKUHISA, Court-Appointed Class Representative,
individually and on behalf of all others similarly situated,
Petitioner/Plaintiff-Appellant,

and

WALTER CALIZO, ROCHELLE MOLINA, FERILA PEREZ, FRANCISCO ANCHETA,
KELLY ANCHETA, KHAMTAN TANHCHALEUN, and CHOU TANHCHALEUN,
individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

FILED 2010 JUL 19 PM 2:28 K. HAMKADO CLERK APPELLATE COURTS STATE OF HAWAII

CUTTER MANAGEMENT CO.; CUTTER DODGE, INC.; RAINBOW CHEVROLET, INC.; CUTTER FORD, INC.; CUTTER IMPORTS, INC.; CUTTER MOTOR CARS, INC.; CUTTER OF WAIPAHU, INC.; and CUTTER PONTIAC, BUICK, GMC OF WAIPAHU, INC., Respondents/Defendants/Cross-Claim Plaintiffs/ Cross-Claim Defendants-Appellees,

and

RED SWAN INCORPORATED; Respondent/Defendant-Appellee,

and

SAFE-GUARD PRODUCTS INTERNATIONAL INC., Respondent/Defendant/Cross-Claim Defendant/ Cross-Claim Plaintiff-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV NOS. 02-1-0691 & 02-1-2915)

ORDER DISMISSING CERTIORARI PROCEEDING
(By: Nakayama, Acting C.J., Acoba, and Duffy, JJ.,
Circuit Judge Perkins in place of Moon C.J., recused
and Circuit Judge Border in place of Recktenwald, J., recused)

Upon further consideration of the records and files in this case, it appearing that the writ of certiorari herein was improvidently granted,

IT IS HEREBY ORDERED that this certiorari proceeding is dismissed.

DATED: Honolulu, Hawai'i, July 19, 2010.

2